IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANNY and JOANN SINCLAIR,

        Plaintiffs,        Civil No. 05-3003-CO

                                FINDINGS AND RECOMMENDATION

    v.

GIOVE LAW OFFICE, P.C.,
et al.,

        Defendants.

_____

COONEY, Magistrate Judge:

    On June 10, 2005, plaintiffs were ordered to show in writing by June 24, 2005 why their case should not be dismissed for want of prosecution. Plaintiffs did not respond. Based on the foregoing it is recommended that plaintiffs' case be dismissed for want of prosecution and judgment be entered dismissing this case.

***This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals***. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. ***The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have ten days within which to file a response to the objections***. Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation.

DATED this ____29____ day of June, 2005.

_____/s/_____
UNITED STATES MAGISTRATE JUDGE