FILED '05 JUL 25 07:59 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANNY AND JOANN SINCLAIR,    )
                             )
             Plaintiffs,     )
                             )   Civil No. 05-3003-CO
     v.                      )
                             )   ORDER
GIOVE LAW OFFICE, P.C.,      )
et al.,                      )
                             )
             Defendants.     )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on June 29, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiffs' case is dismissed for want of prosecution and judgment will be entered accordingly.

IT IS SO ORDERED.

DATED this 22nd day of July, 2005.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE